IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARY ELIZABETH BIGMAN,<br><br>Defendant. | CR 24-142-BLG-SPW<br><br>ORDER |

For the reasons stated on the record on August 6, 2025,

IT IS HEREBY ORDERED that sentencing currently scheduled for August 6, 2025 at 9:30 a.m., is **VACATED** and **RESET** to commence on **Friday, August 29, 2025 at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 6th day of August, 2025.

SUSAN P. WATTERS
United States District Judge